# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMIE D. WATSON

NO. 2019 KW 0596

**AUG 19 2019**

In Re:   Jamie D. Watson, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 07-18-0489.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** The records of the Office of the Clerk of Court for East Baton Rouge Parish show that the district court acted on relator's motion for reconsideration of sentence on February 22, 2019.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT